UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In Re: Raymond Robert Shelton           Case 3:15-BK-04161
                                        Chapter 13

### AMENDMENT TO SCHEDULES A, B and C

Debtor, Raymond Robert Shelton, submits the following amendment.

Schedules A, B and C of Voluntary Petition filed on September 18, 2015 is amended as follows:

### Schedule A

Change the Current Value of Debtor's Interest in Property to:           $491,573.00

### Schedule B

**Add** (#13) Stocks and interests in incorporated and unincorporated businesses:
NRSV Corp., Inc. (a Real Estate Investment Co.) jointly owned with spouse, Dorothy A. Shelton.
Located at 10731 SW 185th Terrace, Dunnellon, FL 34432

**Joint**

Current Value of Debtor's Interest in Property:           UNKNOWN

Rainbow Springs Investments, LLC
f/k/a Rainbow Springs Investments, Inc.
(Debtor's Interest is unknown.)
Debtor's Interest can only be determined through litigation.)
Attached is a list of properties owned by said corporation at time of transfer.

**Joint**

Current Value of Debtor's Interest in Property:           UNKNOWN

Add (21) Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims:

Possible joint claim with NRSV, Corp. Inc. against Linear Capital, LLC, Rainbow Springs Investment, LLC, Finance America.
Barry Silber, individual, David Silber, individually, James P. Marks, individually, Susan Marks, individually, concerning the homestead property described in this petition.
(amount of claim could pay all creditors.) Issues of fraud.

Current Value of Debtor's Interest in Property:                             UNKNOWN

**Schedule C**

Delete:      NRSV Corp., Inc      Fla. Const. art. X, 4(a)(2)                $100.00

## DECLARATION

Debtor, Raymond Robert Shelton, declares under penalty of perjury that the foregoing amendments to Schedules A, B and C are correct to the best of his knowledge.

Date: October     2015

*Raymond Robert Shelton*
Raymond Robert Shelton

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  Raymond Robert Shelton                                    Case No.  3:15-bk-04161
                                    Debtor(s)                    Chapter   13

## DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __21__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  Oct 13, 2015          Signature  /s/ Raymond R Shelton
                                       **Raymond Robert Shelton**
                                       Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B6A (Official Form 6A) (12/07)

In re  **Raymond Robert Shelton**  
          Debtor

Case No.  **3:15-bk-04161**

## SCHEDULE A - REAL PROPERTY - AMENDED

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| Debtor's primary residence/homestead 10731 SW 185th. Terrace, Dunnellon, FL 34432 Identified as Lots 1,2,and 3, Block A of Rio Vista as recorded in Plat Book K, pgs. 46-48, Public records of Marion County, Florida | | J | 491,573.00 | 491,573.00 |

Sub-Total >   491,573.00   (Total of this page)

Total >   491,573.00

 **0**   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **Raymond Robert Shelton**                                    Case No.  **3:15-bk-04161**
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | Cash, on person | - | 10.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | 1/2 interest in: 2 loveseats, 2 sofas, 2 recliners, 4 tables, 20 chairs, 8 bedroom suites, 6 dressers, 5 TVs, 4 lamps, misc. tools, misc. yard equipment, 2 BBQ grills, 4 air filters, pots & pans, plates & other eating utensils, 2 toaster ovens, 2 coffee makers, 2 cutting boards, 30 towels, 1 printer, 2 A.C. units, washer & dryer | J | 750.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | | Used men's clothes | - | 100.00 |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | | 1/2 interest: 4 paddle boards, 2 Foos Ball tables, 1 basketball hoop, 10 propane gas tanks, 2 pistols, 2 shotguns, 2 rifles, shelving, computer | J | 300.00 |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > (Total of this page) | 1,160.00 |
|---|---|---|

___3___ continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re  **Raymond Robert Shelton**                                                        Case No. __3:15-bk-04161__
                                    Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | NRSV Corp., Inc. (a Real Estate Investment Co.) jointly owned with spouse, Dorothy A. Shelton Located at 10731 SW 185th Terrace, Dunnellon, FL 34432 | J | Unknown |
| | | Rainbow Springs Investments, LLC f/k/a Rainbow Springs Investments, Inc. (Debtor's interest is unknown.) Debtor's interest can only be determined through litigation.) Attached is a list of properties owned by said corporation at time of transfer. | J | Unknown |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >                0.00
(Total of this page)

Sheet __1__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                                                                                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Raymond Robert Shelton**                          Case No.   **3:15-bk-04161**
                              Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Possible joint claim with NRSV, Corp. Inc. against Linear Capital, LLC, Rainbow Springs Investment, LLC, Financa America. Barry Silber, Individual, David Silber, Individually, James P. Marks, individually, Suzanne Marks, individually, concerning the homestead property described in this petition. (amount of claim could pay all creditors.) Issues of fraud | - | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Ford van | - | 300.00 |
| | | 2000 Buick. No tag, does not run. | - | 50.00 |
| | | 10 kayaks | - | 250.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |

Sub-Total >      600.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont

In re  **Raymond Robert Shelton**                                           Case No.  **3:15-bk-04161**
                               Debtor

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | Numerous contingent unliquidated claims for inter alia, legal malpractice and professional negligence against certain individuals &/or entities, some of which are being proscecuted through the Office of Attorney General, State of Florida | - | Unknown |

Sheet  **3**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Sub-Total >                0.00
(Total of this page)
Total >                 1,760.00

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

RSI lot #:            1
Parcel ID #:          18E16S350010 5910
Property Address:     12455 N. Water Way
Property Description: HOTEL SITE
Legal Description:    TOWN OF DUNNELLON PB 1 PG 23 LOTS 591, 592 & 593 LESS RD R/W
Zoning:               (GNC) GEN NBHD COMMERCIAL
Lot Size:             220' X 195' *
Owner:                Rainbow Springs Investments, LLC

*Attachment to Amended Schedule B.*

RSI lot #:            2
Parcel ID #:          18E16S350010 6270
Property Address:     12460 N. WATER WAY
Property Description: PARKING LOT ACROSS STREET
Legal Description:    TOWN OF DUNNELLON PB 1 PG 23 LOT 627
Zoning:               (GNC) GEN NBHD COMMERCIAL
Lot Size:             50' X 150' *
Owner:                Rainbow Springs Investments, LLC

RSI lot #:            3
Parcel ID #:          18E16S350010 5940
Property Address:     12431 N. FLORIDA AVE.
Property Description: THREE LOTS BETWEEN US HWY 41 AND RAILROAD TRACKS ON THE RIVER
Legal Description:    TOWN OF DUNNELLON PB 1 PG 23 LOTS 594 & 595 LESS RR & LESS
                      RD & PT OF RAILROAD ST SE OF LOT 595 & NW OF NW'LY R/W LN OF
                      RR R/W FURTHER DESC IN OR BK 884 PG 1286 & 1290
Zoning:               (GNC) GEN NBHD COMMERCIAL
Lot Size:             140' X 185' *
Owner:                Rainbow Springs Investments, LLC

RSI lot #:            4
Parcel ID #:          18E16S350010 6700
Property Address:     12387 N. FLORIDA AVE.
Property Description: LOT SOUTH OF THE ABOVE THREE LOTS, ABUTTING THE ANNIE JOHNSON
                      PROPERTY (FORMERLY BIG AL'S BBQ)
Legal Description:    TOWN OF DUNNELLON PB 1 PG 23 LOTS 670, 671 & 672 LESS RD
Zoning:               (GNC) GEN NBHD COMMERCIAL
Lot Size:             65' X 50' *
Owner:                Rainbow Springs Investments, LLC

| | |
|---|---|
| RSI lot #: | 5 |
| Parcel ID #: | 18E16S350010 0690 |
| Property Address: | 12397 N. FLORIDA AVE. |
| Property Description: | LOT SOUTH OF THE ABOVE THREE LOTS, ABUTTING THE ANNIE JOHNSON PROPERTY (FORMERLY BIG AL'S BBQ) |
| Legal Description: | TOWN OF DUNNELLON PB 1 PG 23 LOT 669 LESS SR 5 AKA US HWY 41 |
| Zoning: | (GNC) GEN NBHD COMMERCIAL |
| Lot Size: | 50' X 135' * |
| Owner: | Rainbow Springs Investments, LLC |

---

| | |
|---|---|
| RSI lot #: | 6 |
| Parcel ID #: | 18E16S350010 05830 0060 |
| Property Address: | 12557 N WATER WAY DUNNELLON |
| Property Description: | Single lot with home |
| Legal Description: | TOWN OF DUNNELLON PB 1 PG 23 PCL 6 OF LOTS 583-588 & OF LOTS 596-597 & OF LOTS 600-607 FURTHER DESC IN OR BK 1458 PG 1888 |
| Zoning: | (CLRM) COASTAL LAKES & RVRS |
| Lot Size: | 170X205 * |
| Owner: | America's Mortgage Broker, LLC |

---

| | |
|---|---|
| RSI lot #: | 7 |
| Parcel ID #: | 18E16S350010 05830 0040 |
| Property Address: | 12566 N WATER WAY DUNNELLON |
| Property Description: | Two vacant lots |
| Legal Description: | TOWN OF DUNNELLON PB 1 PG 23 PCLS 4 & 5 OF LOTS 583-588 & OF LOTS 596-597 & OF LOTS 600-607 FURTHER DESC IN OR BK 1458 PG 1888 |
| Lot Size: | 218X258 * |
| Zoning: | (CLRM) COASTAL LAKES & RVRS |
| Owner: | America's Mortgage Broker, LLC |

---

| | |
|---|---|
| RSI lot #: | 8 |
| Parcel ID #: | 17573-002-00 |
| Property Address: | N. Hwy 41 |
| Property Description: | 5 Acre Commercial Site 2 miles North of the intersection of HWY's 41 and 40 |
| Legal Description: | SEC 36 TWP 15 RGE 18 NW 1/4 OF NE 1/4 LYING W OF US HWY NO 41 EX S 914.54 FT TRACT 7 LYING AND BEING IN MARION COUNTY, FLORIDA |
| Lot Size: | 5.13 ACRES* |
| Zoning: | B2, B4 |
| Owner: | Rainbow Springs Investments, LLC |

| | |
|---|---|
| RSI lot #: | 9 |
| Parcel ID #: | 34728-000-01 |
| Property Address: | Lot 1 of 5 |
| Property Description: | 1 of 5 lots at corner of SW 99th Place and SW 190th Ave |
| Legal Description: | SEC 19 TWP 16 RGE 19 TRACT 1 BEING MORE PARTICULARLY DESC AS: COM AT THE NW COR OF SEC 19 TH N 88-29-56 E 1321.47 FT TH S 00-30-30 E 928.19 FT TO THE POB TH CONT S 00-30-30 E 422.91 FT TH N 89-12-50 W 125.03 FT TH N 00-30-30 W 418.01 FT N 88-32-18 E 125.02 FT TO THE POB |
| Lot Size: | 125x420* |
| Zoning: | R1 |
| Owner: | Dale Group Investors |

| | |
|---|---|
| RSI lot #: | 10 |
| Parcel ID #: | 34728-000-02 |
| Property Address: | Lot 2 of 5 |
| Property Description: | 1 of 5 lots at corner of SW 99th Place and SW 190th Ave |
| Legal Description: | SEC 19 TWP 16 RGE 19 TRACT 2 BEING MORE PARTICULARLY DESC AS: COM AT THE NW COR OF SEC 19 TH N 88-29-56 E 1321.47 FT TH S 00-30-30 E 928.19 FT TH S 88-32-18 W 125.02 FT TO THE POB TH CONT S 88-32-18 W 125.02 FT TH S 00-30-30 E 413.10 FT TH S 89-12-50 E 125.02 FT TH N 00-30-30 W 418.01 FT TO THE POB |
| Lot Size: | 125x416* |
| Zoning: | R1 |
| Owner: | Dale Group Investors |

| | |
|---|---|
| RSI lot #: | 11 |
| Parcel ID #: | 34728-000-03 |
| Property Address: | Lot 3 of 5 |
| Property Description: | 1 of 5 lots at corner of SW 99th Place and SW 190th Ave |
| Legal Description: | SEC 19 TWP 16 RGE 19 TRACT 3 BEING MORE PARTICULARLY DESC AS: COM AT THE NW COR OF SEC 19 TH N 88-29-56 E 1321.47 FT TH S 00-30-30 E 928.19 FT TH S 88-32-18 W 250.04 FT TO THE POB TH CONT S 88-32-18 W 202.34 FT TH S 37-42-50 W 236.06 FT TH N 88-32-18 E 348.41 FT TH N 00-30-30 W 183.02 FT TO THE POB |
| Lot Size: | 183x275 |
| Zoning: | R1 |
| Owner: | Dale Group Investors |

| | |
|---|---|
| RSI lot #: | 12 |
| Parcel ID #: | 34728-000-04 |
| Property Address: | Lot 4 of 5 |
| Property Description: | 1 of 5 lots at corner of SW 99th Place and SW 190th Ave |
| Legal Description: | SEC 19 TWP 16 RGE 19 TRACT 4 BEING MORE PARTICULARLY DESC AS: COM AT THE NW COR OF SEC 19 TH N 88-29-56 E 1321.47 FT TH S 00-30-30 E 928.19 FT TH S 88-32-18 W 250.04 FT TH S 00-30-30 E 183.02 FT TO THE POB TH CONT S 00-30-30 E 220.33 FT TH N 89-12-50 W 224.06 FT TH N 00-30-30 W 221.29 FT TH N 88-32-18 E 224.03 FT TO THE POB |
| Lot Size: | 224x225* |
| Zoning: | R1 |
| Owner: | Dale Group Investors |

| | |
|---|---|
| RSI lot #: | 13 |
| Parcel ID #: | 34728-000-05 |
| Property Address: | Lot 5 of 5 |
| Property Description: | 1 of 5 lots at corner of SW 99th Place and SW 190th Ave |
| Legal Description: | SEC 19 TWP 16 RGE 19 TRACT 5 BEING MORE PARTICULARLY DESC AS: COM AT THE NW COR OF SEC 19 TH N 88-29-56 E 1321.47 FT TH S 00-30-30 E 928.19 FT TH S 88-32-18 W 452.38 FT TH S 37-42-50 W 236.06 FT TO THE POB TH CONT S 37-42-50 W 270.65 FT TH S 89-12-50 E 291.89 FT TH N 00-30-30 W 221.29 FT TH S 88-32-18 W 262.50 FT 124.38 FT TO THE POB |
| Lot Size: | 80X218* |
| Zoning: | R1 |
| Owner: | Dale Group Investors |

| | |
|---|---|
| RS RSI lot #: | 15 |
| Parcel ID #: | 3483-001-003 |
| Property Address: | 10731 SW 185TH TERRACE, DUNNELLON, FL |
| Property Description: | RAY'S HOUSE ON RAINBOW RIVER |
| Legal Description: | SEC 30 TWP 16 RGE 19 PLAT BOOK K PAGE 046 RIO VIS BLK A LOTS 2.3 |
| Lot Size: | 80X218* |
| Zoning: | R1 |
| Owner: | Ray and Dorothy Shelton |

B6C (Official Form 6C) (4/13)

In re  **Raymond Robert Shelton**                              Case No.  __3:15-bk-04161__
                          Debtor

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under:  ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                    $155,675. (Amount subject to adjustment on 4/1/16, and every three years thereafter
☐ 11 U.S.C. §522(b)(2)                                             with respect to cases commenced on or after the date of adjustment.)
☑ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---:|---:|
| **Real Property** | | | |
| Debtor's primary residence/homestead 10731 SW 185th. Terrace, Dunnellon, FL 34432 Identified as Lots 1,2,and 3, Block A of Rio Vista as recorded in Plat Book K, pgs. 46-48, Public records of Marion County, Florida | Fla. Const. art. X, § 4(a)(1); Fla. Stat. Ann. §§ 222.01 & 222.02 | 0.00 | 491,573.00 |
| **Cash on Hand** | | | |
| Cash, on person | Fla. Const. art. X, § 4(a)(2) | 10.00 | 10.00 |
| **Wearing Apparel** | | | |
| Used men's clothes | Fla. Const. art. X, § 4(a)(2) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| 1/2 interest: 4 paddle boards, 2 Foos Ball tables, 1 basketball hoop, 10 propane gas tanks, 2 pistols, 2 shotguns, 2 rifles, shelving, computer | Fla. Const. art. X, § 4(a)(2) | 300.00 | 600.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Ford van | Fla. Const. art. X, § 4(a)(2) | 300.00 | 300.00 |
| 2000 Buick. No tag, does not run. | Fla. Const. art. X, § 4(a)(2) | 50.00 | 50.00 |
| 10 kayaks | Fla. Const. art. X, § 4(a)(2) | 140.00 | 250.00 |
| | **Total:** | **900.00** | **492,883.00** |

  __0__  continuation sheets attached to Schedule of Property Claimed as Exempt

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

B6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Raymond Robert Shelton**  
Debtor

Case No. __3:15-bk-04161__

Chapter __13__

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 491,573.00 | | |
| B - Personal Property | Yes | 4 | 1,760.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 491,573.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 45,692.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 4 | | 2,192.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 8,430.06 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 5,415.00 |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 493,333.00 | | |
| Total Liabilities | | | | 539,457.00 | |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B 6 Summary (Official Form 6 - Summary) (12/14)

# United States Bankruptcy Court
## Middle District of Florida

In re    **Raymond Robert Shelton**                                   Case No.  **3:15-bk-04161**

                                    Debtor

                                                                      Chapter                **13**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 45,692.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 45,692.00 |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | 8,430.06 |
| Average Expenses (from Schedule J, Line 22) | 5,415.00 |
| Current Monthly Income (from Form 22A-1 Line 11; OR, Form 22B Line 14; OR, Form 22C-1 Line 14) | 0.00 |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 0.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 39,142.00 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 6,550.00 |
| 4. Total from Schedule F | | 2,192.00 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 8,742.00 |

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

IN RE:                                                         BK No. 03-15-04161
RAYMOND SHELTON,
    Debtor

CERTIFICATE OF SERVICE FOR AMENDED SCHEDULES A,B, C
FOR DEBTOR'S CHAPTER 13 PETITION
(Related to Doc. 1)

Now comes debtor's counsel and files this Certificate of Service (for the following: AMENDED SCHEDULES A, B, C, for Debtor's Chapter 13 Petition (Doc 1)

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of October, 2015, a true and correct copy of the AMENDED SCHEDULES A, B, C was hereby mailed by U.S. Mail with proper postage affixed or by the ECF system: to all interested parties on the attached mailing list and U.S. Assistant Trustee, 400 W. Washington Street, Suite 1100, Orlando, FL 32801; Douglas W. Neway, Trustee, P.O. Box 4308, Jacksonville, FL 32201-4308,

/s/ G. Richard Chamberlin
GEORGE RICHARD CHAMBERLIN, P. A.
637 Pratt Street
Deland, FL 32720
352-812-5560:  Fl Bar 0848130
grichardchamberlin@gmail.com
Attorney for Debtor

Raymond Robert Shelton
10731 SW 185th Terrace
Dunnellon, FL 34432

Dorothy A. Shelton
10731 SW 185th Terrace
Dunnellon, FL 34432

SN Servicing
Dept. 1710
Denver, CO 80291-1710

George Richard Chamberlin
George Richard Chamberlin, P.A.
637 Pratt Street
Deland, FL 32720

Dorothy Shelton
19731 SW 185th Terrace
Dunnellon, FL 34432

SYNCB/Mervyns
P.O. Box 965005
Orlando, FL 32896-5005

Afni, Inc.
P.O. Box 3097
Bloomington, IL 61702-3097

Enhanced Recovery Company
8014 Bayberry Rd
Jacksonville, FL 32256-7412

US Bank, National Assoc.
as Trustee
c/o P.A. McKenna & Assoc.
1360 S. Dixie Hwy., Ste. 100
Miami, FL 33146

Applied Bank
660 Plaza Drive
Newark, DE 19702

Fidelity Information Corp.
P.O. Box 100
Pacific Palisades, CA 90272

Barry Silber
Individually & as MGMR
of Linear Capital, LLC
324 N. Dale Mabry Hwy, "C"
Tampa, FL 33609

Franklin Collection Service
2978 W Jackson Street
Tupelo, MS 38801

Barry Silber
324 N. Dale Mabry H'way.
Ste #300
Tampa, FL 33609

Lamont Hanley & Assoc.
1138 Elm Street
Manchester, NH 03101

Capital One
P.O. Box 85520
Richmond, VA 23285

Linear Capital, LLC
c/o Barry Silber, P.A.
324 N. Dale Mabry Hwy.
Ste. 300
Tampa, FL 33609

Capital One
P.O. Box 30281
Salt Lake City, UT 84130

Marion County Tax Collector
503 SE 25th Avenue
Ocala, FL 34471

Delores Post
a/k/a Delores Cervantes
10731 SW 185th Terrace
Dunnellon, FL 34432

MJ Altman Companies, Inc.
112 SE Ft. King St.
Ocala, FL 34471