UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                  Case No. 3:15-bk-04161-PMG

Raymond Robert Shelton
                                                                        Chapter 13
    Debtor(s).
_____/

## ORDER GRANTING MOTION TO EXTEND AUTOMATIC STAY

**THIS CASE** came on for hearing October 15, 2015, to consider the Motion to Extend Automatic Stay filed September 30, 2015 by the debtor(s). It appears that a case filed by the Debtor(s) was pending within the one-year period preceding the filing of the current case. The Motion presently under consideration, therefore, requests that the automatic stay be extended as to all creditors pursuant to §362(c)(3)(B) of the Bankruptcy Code.

The Debtor(s) demonstrated that the above-captioned case was filed in good faith as to the affected creditors, and that the stay should be extended as to all creditors pursuant to §362(c)(3)(B) of the Bankruptcy Code.

Accordingly:

**IT IS ORDERED** that the Motion to Extend the Automatic Stay is granted, and the automatic stay is extended as to all creditors pursuant to §362(c)(3)(B) of the Bankruptcy Code.

Dated October 15, 2015.

BY THE COURT

_____
PAUL M. GLENN
U.S. Bankruptcy Judge

G. Richard Chamberlin is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.